

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:    01-10-00933-CV

Trial Court Cause
Number:    48281

Style:    Amanda Jones and David Jones

**v**  Henry Martinez, M.D., Henry Martinez, M.D., P.A, Brett Baker, P.A., Foundation Surgery Affiliates of Brazoria County d/b/a Brazoria County Surgery Center and Brazoria County Surgery Center

Date motion filed[*]:    May 2, 2013

Type of motion:    Withdraw as counsel and designate new counsel

Party filing motion:    Appellees, Foundation Surgery Affiliates

Document to be filed:

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☒   Granted

       If document is to be filed, document due: _____

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐   Denied

☐   Dismissed (*e.g.*, want of jurisdiction, moot)

☐   Other: _____

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justices Keyes, Bland, and Sharp.

Date: September 26, 2013